EXHIBIT 3

| LoanNumber | DateApproved | BorrowerName | BorrowerState | LoanStatus | Term | SBAGuarantyPercentage | InitialApprovalAmount | CurrentApprovalAmount | JobsReported | NAICSCode | PAYROLL_PROCEED | BusinessType | ForgivenessAmount | ForgivenessDate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4431087007 | 4/3/2020 | PROFESSIONAL INSURANCE SERVICES INC. | ND | Paid in Full | 24 | 100 | $160,600.00 | 160600 | 17 | 522220 | 120600 | Subchapter S Corporation | $162,161.39 | 3/30/2021 |
| 4522657007 | 4/3/2020 | ABER'S GARAGE | OH | Paid in Full | 24 | 100 | $337,900.00 | 337900 | 22 | 522220 | 278394 | Corporation | $340,917.96 | 3/3/2021 |
| 4971277006 | 4/4/2020 | CANNON FINANCE, INC. | AR | Paid in Full | 24 | 100 | $253,200.00 | 158800 | 20 | 522220 | 119100 | Corporation | $161,115.83 | 9/21/2021 |
| 4792197000 | 4/4/2020 | INSIGHT INVESTMENTS, LLC | CA | Paid in Full | 24 | 100 | $4,342,700.00 | 4342700 | 250 | 522220 | 4104500 | Limited  Liability Company(LLC) | $4,397,905.83 | 7/29/2021 |
| 4729807001 | 4/4/2020 | PARKER TRAILER & RV, INC. | CO | Paid in Full | 24 | 100 | $282,900.00 | 248000 | 18 | 522220 | 248000 | Corporation | $250,282.96 | 3/18/2021 |
| 4726767007 | 4/4/2020 | RENT TO OWN AUTO CENTER, LLC | MO | Paid in Full | 24 | 100 | $798,400.00 | 798400 | 73 | 522220 | 598800 | Limited  Liability Company(LLC) | $809,533.24 | 8/26/2021 |
| 4889457002 | 4/4/2020 | LARSEN INTERNATIONAL, INC. | NE | Paid in Full | 24 | 100 | $180,000.00 | 180000 | 14 | 522220 | 180000 | Limited  Liability Company(LLC) | $181,632.33 | 3/11/2021 |
| 4625027009 | 4/4/2020 | TIO CHUY'S AUTO FINANCE LLC | OK | Paid in Full | 24 | 100 | $195,700.00 | 195700 | 16 | 522220 | 195700 | Limited  Liability Company(LLC) | $198,075.58 | 6/25/2021 |
| 4846497003 | 4/4/2020 | FIESTA BUY HERE PAY HERE AUTO SALES, INC. | TX | Paid in Full | 24 | 100 | $615,000.00 | 615000 | 52 | 522220 | 615000 | Corporation | $622,738.75 | 7/2/2021 |
| 5168257006 | 4/5/2020 | ACCOUNTABLE FINANCE, INC. | KS | Paid in Full | 24 | 100 | $162,000.00 | 162000 | 13 | 522220 | 130000 | Subchapter S Corporation | $163,611.00 | 4/8/2021 |
| 6127717000 | 4/6/2020 | PWS, INC. | CA | Paid in Full | 24 | 100 | $1,538,711.00 | 1538711 | 96 | 522220 | 1538711 | Corporation | $1,557,688.44 | 7/6/2021 |
| 5998617006 | 4/6/2020 | 1ST CHOICE FINANCIAL SERVICES, LLC | MI | Paid in Full | 24 | 100 | $216,257.50 | 216257.5 | 20 | 522220 | 190842.5 | Limited  Liability Company(LLC) | $218,023.11 | 2/9/2021 |
| 6217817010 | 4/6/2020 | CHAPARRAL, INC. | OH | Paid in Full | 24 | 100 | $282,000.00 | 282000 | 27 | 522220 | 282000 | Subchapter S Corporation | $284,569.33 | 3/11/2021 |
| 5970697006 | 4/6/2020 | D&M LEASING HOUSTON | TX | Paid in Full | 24 | 100 | $628,000.00 | 628000 | 37 | 522220 | 628000 | Limited  Liability Company(LLC) | $634,847.78 | 5/20/2021 |
| 5909747009 | 4/6/2020 | FLEXI COMPRAS AUTOS, LLC | TX | Paid in Full | 24 | 100 | $494,300.00 | 494300 | 46 | 522220 | 494300 | Limited  Liability Company(LLC) | $501,014.24 | 8/13/2021 |
| 5768187002 | 4/6/2020 | THE FAHRENHEIT GROUP LLC | VA | Paid in Full | 24 | 100 | $912,750.00 | 912773.87 | 49 | 522220 | 730219.1 | Limited  Liability Company(LLC) | $922,535.48 | 5/10/2021 |
| 5992077009 | 4/6/2020 | NEW ENGLAND KENWORTH | VT | Paid in Full | 24 | 100 | $432,771.27 | 432771.27 | 33 | 522220 | 432771.27 | Corporation | $437,762.96 | 6/10/2021 |
| 7660747001 | 4/7/2020 | LENDSPARK CORPORATION | CA | Paid in Full | 24 | 100 | $153,000.00 | 153000 | 12 | 522220 | 153000 | Subchapter S Corporation | $154,538.50 | 4/13/2021 |
| 6627277006 | 4/7/2020 | PLAZA FORD, INCORPORATED | MD | Paid in Full | 24 | 100 | $935,100.00 | 935100 | 68 | 522220 | 935100 | Corporation | $943,282.12 | 2/25/2021 |
| 6717987000 | 4/7/2020 | SEACOAST SPORT CYCLE INC | NH | Paid in Full | 24 | 100 | $178,000.00 | 178000 | 13 | 522220 | 178000 | Corporation | $180,335.95 | 8/23/2021 |
| 7076977001 | 4/7/2020 | LEADERS FINANCIAL COMPANY | NJ | Paid in Full | 24 | 100 | $375,756.00 | 375756 | 38 | 522220 | 375756 | Corporation | $379,492.97 | 4/23/2021 |
| 6825827006 | 4/7/2020 | AUCTION CREDIT ENTERPRISES | TX | Paid in Full | 24 | 100 | $792,400.00 | 792400 | 71 | 522220 | 594300 | Limited  Liability Company(LLC) | $802,194.94 | 7/6/2021 |
| 7388787002 | 4/7/2020 | MOBILEASE INC. | TX | Paid in Full | 24 | 100 | $457,900.00 | 457900 | 25 | 522220 | 457900 | Subchapter S Corporation | $464,147.51 | 8/30/2021 |
| 7346887010 | 4/7/2020 | FULL CIRCLE FINANCE, INC. | WA | Paid in Full | 59 | 100 | $167,900.00 | 167900 | 11 | 522220 | 167900 | Corporation | $161,448.88 | 4/16/2021 |
| 6970057007 | 4/7/2020 | P & M LEASING, INCORPORATED | WI | Paid in Full | 24 | 100 | $787,700.00 | 787700 | 76 | 522220 | 787700 | Corporation | $797,303.47 | 7/6/2021 |
| 8232927005 | 4/8/2020 | BRIDGELOCK CAPITAL | CA | Paid in Full | 24 | 100 | $618,444.00 | 618444 | 35 | 522220 | 592053 | Corporation | $624,645.38 | 4/29/2021 |
| 8005237010 | 4/8/2020 | GLENVIEW AUTO LOAN FUND LLC | NC | Paid in Full | 24 | 100 | $219,986.45 | 219986.45 | 16 | 522220 | 197987.8 | Limited  Liability Company(LLC) | $223,054.04 | 8/26/2021 |
| 8306547002 | 4/8/2020 | PATSY'S, INC. | NH | Paid in Full | 24 | 100 | $194,500.00 | 194500 | 16 | 522220 | 194500 | Corporation | $196,661.11 | 5/27/2021 |
| 8501207000 | 4/8/2020 | FIRST CREDIT CORP OF NEW YORK INC | NY | Paid in Full | 24 | 100 | $160,400.00 | 160400 | 10 | 522220 | 160400 | Corporation | $163,345.12 | 2/8/2022 |
| 8165547008 | 4/8/2020 | KALIDA TRUCK EQUIPMENT,INC. | OH | Paid in Full | 24 | 100 | $496,600.00 | 496600 | 39 | 522220 | 496600 | Corporation | $501,416.34 | 4/14/2021 |
| 8050977008 | 4/8/2020 | CAPTIVE CAPITAL CORPORATION | PA | Paid in Full | 24 | 100 | $248,400.00 | 248400 | 17 | 522220 | 223400 | Corporation | $253,095.78 | 3/8/2022 |
| 8148977006 | 4/8/2020 | JT AUTOMOTIVE, LP | SC | Paid in Full | 24 | 100 | $866,600.00 | 866600 | 104 | 522220 | 866600 | Partnership | $875,527.17 | 4/27/2021 |
| 8368537005 | 4/8/2020 | DP AUTO SALES AND FINANCE | TX | Paid in Full | 24 | 100 | $1,008,100.00 | 1008100 | 85 | 522220 | 756075 | Limited  Liability Company(LLC) | $1,020,225.20 | 6/29/2021 |
| 8760407006 | 4/8/2020 | T & C LEASING, INC | TX | Paid in Full | 24 | 100 | $309,000.00 | 309000 | 11 | 522220 | 235000 | Corporation | $285,718.88 | 7/13/2021 |
| 7795627008 | 4/8/2020 | AMERICANA PARTNERS, LLC | TX | Paid in Full | 24 | 100 | $290,000.00 | 290000 | 50 | 522220 | 290000 | Limited  Liability Company(LLC) | $292,456.94 | 3/5/2021 |
| 7880237003 | 4/8/2020 | MICHAEL WAYNE INESTMENT CO | VA | Paid in Full | 24 | 100 | $368,600.00 | 368600 | 41 | 522220 | 368600 | Subchapter S Corporation | $373,483.95 | 8/5/2021 |
| 9945297000 | 4/9/2020 | THE RIVER COMPANY OF CENTRAL ARKANSAS, LLC | AR | Paid in Full | 24 | 100 | $339,000.00 | 339000 | 21 | 522220 | 339000 | Subchapter S Corporation | $343,838.88 | 9/14/2021 |
| 9072247007 | 4/9/2020 | SANTE FE FORD INC. | FL | Paid in Full | 24 | 100 | $517,100.00 | 517100 | 47 | 522220 | 517100 | Subchapter S Corporation | $523,420.11 | 7/13/2021 |
| 9495627005 | 4/9/2020 | INDEPENDENT DEALER'S ADVANTAGE LLC | GA | Paid in Full | 24 | 100 | $271,000.00 | 271000 | 29 | 522220 | 271000 | Limited  Liability Company(LLC) | $274,103.51 | 6/10/2021 |
| 9516017010 | 4/9/2020 | COMPACT EXCAVATOR SALES LLC | KY | Paid in Full | 24 | 100 | $241,270.00 | 241270 | 23 | 522220 | 241270 | Limited  Liability Company(LLC) | $244,409.46 | 8/12/2021 |
| 9657647004 | 4/9/2020 | MONTANA COMMERCIAL CREDIT INC. | MT | Paid in Full | 24 | 100 | $280,372.00 | 280373 | 17 | 522220 | 280373 | Subchapter S Corporation | $284,121.55 | 8/13/2021 |
| 9230677003 | 4/9/2020 | MARK THOMAS FORD, INC | OH | Paid in Full | 24 | 100 | $298,300.00 | 298300 | 25 | 522220 | 298300 | Corporation | $301,217.62 | 4/29/2021 |
| 8972597008 | 4/9/2020 | CORDASCO FINANCIAL NETWORK LLC | PA | Paid in Full | 24 | 100 | $271,800.00 | 271800 | 19 | 522220 | 271800 | Limited  Liability Company(LLC) | $274,376.52 | 4/8/2021 |
| 9181077003 | 4/9/2020 | JT AUTOMOTIVE OF LEXINGTON, LP | SC | Paid in Full | 24 | 100 | $960,900.00 | 960900 | 117 | 522220 | 960900 | Partnership | $969,903.50 | 3/25/2021 |
| 9978637002 | 4/9/2020 | SOUTHERN LEASE MANAGEMENT GROUP LLC | TN | Paid in Full | 24 | 100 | $363,000.00 | 363000 | 47 | 522220 | 363000 | Limited  Liability Company(LLC) | $368,374.42 | 10/7/2021 |
| 1629807109 | 4/10/2020 | QUIK CAPITAL LLC | FL | Paid in Full | 24 | 100 | $295,810.00 | 295810 | 19 | 522220 | 295810 | Limited  Liability Company(LLC) | $299,376.15 | 6/29/2021 |
| 1796817109 | 4/10/2020 | PETERBILT OF ATLANTA, LLC | GA | Paid in Full | 24 | 100 | $2,581,900.00 | 2581900 | 196 | 522220 | 2485500 | Limited  Liability Company(LLC) | $2,611,950.45 | 6/16/2021 |
| 1643307108 | 4/10/2020 | MJFL HOLDINGS LLC | GA | Paid in Full | 24 | 100 | $213,500.00 | 213500 | 28 | 522220 | 160125 | Limited  Liability Company(LLC) | $215,451.15 | 3/11/2021 |
| 1671757100 | 4/10/2020 | TOCCOA CHEVROLET LLC | GA | Paid in Full | 24 | 100 | $165,067.00 | 165067 | 16 | 522220 | 123800 | Limited  Liability Company(LLC) | $166,841.47 | 5/10/2021 |
| 2129107109 | 4/10/2020 | VANTAGE FINANCE, LLC | NE | Paid in Full | 24 | 100 | $206,100.00 | 206100 | 17 | 522220 | 206100 | Limited  Liability Company(LLC) | $208,364.28 | 5/21/2021 |
| 2166907101 | 4/10/2020 | CAR CREDIT INC | OH | Paid in Full | 24 | 100 | $625,900.00 | 625900 | 55 | 522220 | 625900 | Corporation | $634,388.23 | 9/2/2021 |
| 2116067100 | 4/10/2020 | METRO BENEFITS, INC. | PA | Paid in Full | 24 | 100 | $441,400.00 | 441400 | 35 | 522220 | 441400 | Corporation | $445,421.64 | 3/19/2021 |
| 2148537104 | 4/10/2020 | FINANCIAL INSTITUTION LENDING OPTIONS LLC | WI | Paid in Full | 24 | 100 | $334,786.00 | 334786 | 22 | 522220 | 334786 | Limited  Liability Company(LLC) | $339,128.92 | 8/12/2021 |
| 3023137103 | 4/11/2020 | AUTOMOTIVE SEARCH INC | CO | Paid in Full | 24 | 100 | $166,817.00 | 166817 | 18 | 522220 | 166817 | Corporation | $168,293.22 | 3/11/2021 |
| 3137907107 | 4/11/2020 | ROAD AUTO FINANCE, LLC | GA | Paid in Full | 24 | 100 | $215,132.50 | 215132.5 | 19 | 522220 | 215132.5 | Limited  Liability Company(LLC) | $217,809.20 | 7/21/2021 |
| 2975927107 | 4/11/2020 | AMERICAN INTERNATIONAL FINANCE, INC. | IN | Paid in Full | 24 | 100 | $315,500.00 | 315500 | 19 | 522220 | 315500 | Subchapter S Corporation | $319,640.40 | 8/13/2021 |
| 3888577105 | 4/12/2020 | PARTSTAT INC | FL | Paid in Full | 24 | 100 | $331,122.00 | 331122 | 25 | 522220 | 331122 | Corporation | $336,098.03 | 10/18/2021 |
| 3895827106 | 4/12/2020 | WHEEL EQUIPMENT LEASING LLC | FL | Paid in Full | 24 | 100 | $236,900.00 | 185500 | 14 | 522220 | 185500 | Limited  Liability Company(LLC) | $187,849.67 | 7/23/2021 |
| 3799707105 | 4/12/2020 | OLIVIER-VAN DYK INSURANCE AGENCY, INC. | MI | Paid in Full | 24 | 100 | $1,284,894.90 | 1284894.9 | 82 | 522220 | 1284894.9 | Subchapter S Corporation | $1,296,265.34 | 3/11/2021 |
| 4063967104 | 4/12/2020 | ASSOCIATED FIRE PROTECTION, INC. | NJ | Paid in Full | 24 | 100 | $1,754,625.00 | 1754625 | 101 | 522220 | 1754625 | Corporation | $1,776,509.07 | 7/14/2021 |
| 4141477106 | 4/12/2020 | QUALITY DISCOUNT PRESS PARTS & EQUIPMENT | NJ | Paid in Full | 24 | 100 | $471,972.00 | 471972 | 25 | 522220 | 471972 | Corporation | $476,521.29 | 4/5/2021 |
| 3865387104 | 4/12/2020 | ALL TEX CAPITAL EQUIPMENT LEASING | TX | Paid in Full | 24 | 100 | $174,900.00 | 174900 | 16 | 522220 | 174900 | Limited Liability Partnership | $177,479.77 | 10/6/2021 |
| 4391337102 | 4/13/2020 | INSTANT AUTO FINANCE, INC. | IN | Paid in Full | 24 | 100 | $267,000.00 | 267000 | 25 | 522220 | 267000 | Corporation | $270,950.14 | 10/20/2021 |
| 4949407110 | 4/13/2020 | VAL-U-CAR INC. | NV | Paid in Full | 24 | 100 | $318,400.00 | 318400 | 27 | 522220 | 318400 | Limited  Liability Company(LLC) | $254,273.18 | 1/24/2022 |
| 4551947108 | 4/13/2020 | RCI RISK CONSULTING SERVICE, LLC | OK | Paid in Full | 24 | 100 | $226,250.00 | 226250 | 20 | 522220 | 226250 | Limited  Liability Company(LLC) | $227,840.03 | 12/23/2020 |
| 5013357105 | 4/13/2020 | PLATINUM INVESTORS OF TEXAS LLC | TX | Paid in Full | 24 | 100 | $227,222.00 | 207120 | 24 | 522220 | 207120 | Limited  Liability Company(LLC) | $209,317.77 | 5/12/2021 |
| 5168607102 | 4/13/2020 | PETRIE AUTO SALES, INC | TX | Paid in Full | 24 | 100 | $195,000.00 | 195000 | 27 | 522220 | 146250 | Corporation | $196,608.08 | 2/11/2021 |
| 4905567110 | 4/13/2020 | CONCORDE AUTO ACCEPTANCE, LTD | TX | Paid in Full | 24 | 100 | $183,900.00 | 183900 | 33 | 522220 | 144657 | Corporation | $186,423.52 | 8/31/2021 |
| 6444607104 | 4/14/2020 | BCAF, INC. | AR | Paid in Full | 24 | 100 | $529,170.00 | 529170 | 59 | 522220 | 529170 | Subchapter S Corporation | $535,665.02 | 7/21/2021 |
| 6760867103 | 4/14/2020 | SUNROAD AUTO SHARED SERVICES, INC. | CA | Paid in Full | 24 | 100 | $697,200.00 | 697200 | 60 | 522220 | 522900 | Corporation | $704,630.43 | 5/12/2021 |
| 7330177102 | 4/14/2020 | BUILDING ENTERPRISES, INC. | CA | Paid in Full | 24 | 100 | $153,520.00 | 153520 | 11 | 522220 | 115140 | Corporation | $155,315.97 | 7/2/2021 |
| 7779687102 | 4/14/2020 | IPAYROLL DIRECT LLC | CO | Paid in Full | 60 | 100 | $1,843,300.00 | 1843300 | 130 | 522220 | 1843300 | Limited  Liability Company(LLC) | $1,876,479.40 | 2/7/2022 |
| 7119797105 | 4/14/2020 | AUTOPAY DIRECT INC | CO | Paid in Full | 24 | 100 | $1,754,175.00 | 1754175 | 140 | 522220 | 1754175 | Corporation | $1,769,962.57 | 3/11/2021 |
| 6245317108 | 4/14/2020 | FFVA-AIM, INC. | FL | Paid in Full | 24 | 100 | $1,849,700.00 | 1849700 | 115 | 522220 | 1849700 | Corporation | $1,867,888.72 | 4/14/2021 |
| 6172327109 | 4/14/2020 | H&H SALES, INC. | IA | Paid in Full | 24 | 100 | $297,500.00 | 297500 | 16 | 522220 | 297500 | Corporation | $299,615.56 | 12/30/2020 |
| 7232297110 | 4/14/2020 | BRAY SALES COMPANY, L.L.C. | IA | Paid in Full | 24 | 100 | $176,537.00 | 176537 | 11 | 522220 | 176537 | Limited  Liability Company(LLC) | $178,012.17 | 2/24/2021 |
| 7479797109 | 4/14/2020 | COHRON'S INVESTMENTS, LLC | IN | Exemption 4 | 24 | 100 | $390,450.00 | 390450 | 25 | 522220 | 390450 | Limited  Liability Company(LLC) | $398,963.98 | 6/22/2022 |
| 6515627108 | 4/14/2020 | AMERICA'S MORTGAGE RESOURCE, INC | LA | Paid in Full | 24 | 100 | $201,300.00 | 201300 | 16 | 522220 | 201300 | Limited  Liability Company(LLC) | $203,872.17 | 7/22/2021 |
| 7565677104 | 4/14/2020 | ONTARIO MAZDA | NY | Paid in Full | 24 | 100 | $210,752.00 | 210752 | 19 | 522220 | 192000 | Subchapter S Corporation | $212,732.49 | 3/31/2021 |
| 6878827108 | 4/14/2020 | INTERNATIONAL ASSURANCE OF TN INC | TN | Paid in Full | 24 | 100 | $332,700.00 | 250000 | 17 | 522220 | 250000 | Corporation | $246,484.20 | 11/30/2020 |
| 5812037110 | 4/14/2020 | MORITZ PARTNERS, LP | TX | Paid in Full | 24 | 100 | $769,800.00 | 769800 | 71 | 522220 | 639797 | Partnership | $776,749.58 | 3/11/2021 |
| 7675967109 | 4/14/2020 | PPC LOAN INC | TX | Paid in Full | 24 | 100 | $370,700.00 | 370700 | 24 | 522220 | 370700 | Corporation | $374,932.16 | 6/10/2021 |
| 7047437102 | 4/14/2020 | CONROY TRACTOR, INC. | TX | Paid in Full | 24 | 100 | $251,000.00 | 251000 | 21 | 522220 | 251000 | Corporation | $253,544.86 | 4/23/2021 |
| 8626427109 | 4/15/2020 | RELIANT FINANCIAL CORPORATION | CA | Paid in Full | 24 | 100 | $283,000.00 | 283000 | 12 | 522220 | 283000 | Corporation | $286,194.41 | 6/11/2021 |
| 8243147100 | 4/15/2020 | FEDDON AUTOMOTIVE GROUP LLC | FL | Paid in Full | 24 | 100 | $262,339.35 | 262339.35 | 20 | 522220 | 262339.35 | Limited  Liability Company(LLC) | $265,710.23 | 7/29/2021 |
| 9613057100 | 4/15/2020 | FORD ACCEPTANCE CORPORATION | IL | Paid in Full | 24 | 100 | $156,667.00 | 156667 | 8 | 522220 | 156667 | Corporation | $145,910.99 | 11/30/2021 |
| 8354107102 | 4/15/2020 | KECO MANAGEMENT, LLC | LA | Paid in Full | 24 | 100 | $192,023.40 | 192023.4 | 22 | 522220 | 192023.4 | Limited  Liability Company(LLC) | $194,480.25 | 7/29/2021 |
| 8151097101 | 4/15/2020 | GALLAGHER SALES ASSOCIATES | MA | Paid in Full | 24 | 100 | $210,000.00 | 210000 | 11 | 522220 | 210000 | Limited  Liability Company(LLC) | $212,629.32 | 7/22/2021 |
| 9703527103 | 4/15/2020 | ATLANTIC BUSINESS CONSULTING & CAPITAL LLC | MD | Paid in Full | 24 | 100 | $230,897.00 | 230897 | 12 | 522220 | 230897 | Subchapter S Corporation | $232,630.31 | 1/20/2021 |
| 9805277101 | 4/15/2020 | MODERN FINANCIAL SERVICES CORPORATION | MI | Paid in Full | 24 | 100 | $288,044.00 | 199362 | 18 | 522220 | 199362 | Corporation | $201,235.46 | 4/6/2021 |
| 9120517109 | 4/15/2020 | 166 AUTO AUCTION, LLC | MO | Paid in Full | 24 | 100 | $616,700.00 | 616700 | 135 | 522220 | 616700 | Limited  Liability Company(LLC) | $622,147.52 | 3/11/2021 |
| 8799857107 | 4/15/2020 | PECK PANTIER, INC | MS | Paid in Full | 24 | 100 | $1,221,180.00 | 1221180 | 110 | 522220 | 1221180 | Corporation | $1,235,359.26 | 6/15/2021 |
| 1491367202 | 4/15/2020 | LICCARDI MOTORS LLC | NJ | Paid in Full | 24 | 100 | $543,437.00 | 543437 | 44 | 522220 | 543437 | Limited  Liability Company(LLC) | $548,826.08 | 4/15/2021 |
| 8632627106 | 4/15/2020 | RICCI SALES AGENCY | NJ | Paid in Full | 24 | 100 | $164,902.00 | 164902 | 11 | 522220 | 164902 | Limited  Liability Company(LLC) | $166,889.99 | 7/6/2021 |
| 8099067105 | 4/15/2020 | COLTON RV INC. | NY | Paid in Full | 24 | 100 | $1,607,515.00 | 1607515 | 116 | 522220 | 1205337 | Corporation | $1,616,411.38 | 11/12/2020 |
| 2288417203 | 4/15/2020 | AUTO TRAKK, LLC | PA | Paid in Full | 24 | 100 | $908,800.00 | 908800 | 108 | 522220 | 805200 | Limited  Liability Company(LLC) | $920,577.05 | 8/11/2021 |
| 1803437210 | 4/15/2020 | PERRY INSURANCE GROUP INC | SC | Paid in Full | 24 | 100 | $233,657.00 | 233657 | 16 | 522220 | 233657 | Subchapter S Corporation | $173,114.76 | 12/2/2021 |
| 9588727108 | 4/15/2020 | NATIONWIDE SPECIALTY FINANCE INC | TX | Paid in Full | 24 | 100 | $885,000.00 | 885000 | 85 | 522220 | 885000 | Corporation | $848,331.94 | 1/7/2022 |
| 8765847106 | 4/15/2020 | ROAD MASTER INC. | TX | Paid in Full | 24 | 100 | $248,745.00 | 248745 | 20 | 522220 | 248745 | Subchapter S Corporation | $251,128.81 | 4/6/2021 |
| 2354957200 | 4/16/2020 | NATIONAL RISK MANAGEMENT SERVICES INC | OH | Paid in Full | 24 | 100 | $348,225.00 | 348225 | 22 | 522220 | 348225 | Corporation | $351,650.01 | 4/23/2021 |
| 3114897201 | 4/16/2020 | MIRACLE MONEY, INC. | PA | Paid in Full | 24 | 100 | $259,900.00 | 259900 | 21 | 522220 | 259900 | Corporation | $263,610.79 | 9/22/2021 |

EXHIBIT 3

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3097077210 | 4/16/2020 | BLF LEASING, LLC | TX | Paid in Full | 24 | 100 | $281,000.00 | 281000 | 20 | 522220 | 281000 Limited Liability Company(LLC) | $284,487.48 | 7/21/2021 |
| 4670017201 | 4/27/2020 | CREATIVE CAR CREDIT, LLC | AZ | Paid in Full | 24 | 100 | $206,548.00 | 206548 | 13 | 522220 | 175548 Limited Liability Company(LLC) | $209,151.07 | 8/3/2021 |
| 3868447202 | 4/27/2020 | SD RENEWABLES LLC | CA | Paid in Full | 24 | 100 | $327,409.90 | 327409.9 | 16 | 522220 | 327409.9 Limited Liability Company(LLC) | $330,056.46 | 2/23/2021 |
| 5432827207 | 4/27/2020 | BLUE DOG BUSINESS SERVICES, LLC | FL | Paid in Full | 24 | 100 | $421,045.00 | 421045 | 45 | 522220 | 421045 Limited Liability Company(LLC) | $424,690.21 | 3/11/2021 |
| 4819737204 | 4/27/2020 | FIRST CHOICE MORTGAGE INC. | GA | Paid in Full | 24 | 100 | $168,900.00 | 168900 | 9 | 522220 | 168900 Subchapter S Corporation | $170,709.31 | 5/27/2021 |
| 3784557203 | 4/27/2020 | FUTURE FINANCE COMPANY | IL | Paid in Full | 24 | 100 | $261,932.00 | 261932 | 24 | 522220 | 261932 Subchapter S Corporation | $265,046.08 | 7/7/2021 |
| 5607337205 | 4/27/2020 | JACK DEMMER LINCOLN INC | MI | Paid in Full | 24 | 100 | $1,300,300.00 | 1300300 | 90 | 522220 | 1300300 Corporation | $1,315,903.60 | 7/8/2021 |
| 3646887210 | 4/27/2020 | MARSH AUTO SALES, LLC | MI | Paid in Full | 24 | 100 | $310,300.00 | 310300 | 31 | 522220 | 260270 Limited Liability Company(LLC) | $313,902.93 | 6/23/2021 |
| 3533007208 | 4/27/2020 | NORTHERN AUTOMOTIVE GROUP, INC | NY | Paid in Full | 24 | 100 | $356,400.00 | 356400 | 35 | 522220 | 356400 Corporation | $359,124.26 | 2/5/2021 |
| 4837577208 | 4/27/2020 | LEASING 54 LLC | WY | Paid in Full | 24 | 100 | $219,400.00 | 219400 | 16 | 522220 | 219400 Limited Liability Company(LLC) | $177,252.85 | 8/19/2021 |
| 6894237206 | 4/28/2020 | ALL METALS, INC. | CA | Paid in Full | 24 | 100 | $263,300.00 | 263300 | 14 | 522220 | 263300 Corporation | $265,860.86 | 4/29/2021 |
| 1837397307 | 4/28/2020 | CORNERTSONE FINANCIAL SERVICES | CA | Paid in Full | 24 | 100 | $174,792.75 | 174792.76 | 12 | 522220 | 174792.76 Sole Proprietorship | $177,081.83 | 8/26/2021 |
| 9052077203 | 4/28/2020 | PACIFIC COAST REGIONAL SMALL BUSINESS DEVELOPMENT CORPORATIO | CA | Paid in Full | 24 | 100 | $166,900.00 | 166900 | 17 | 522220 | 166900 Non-Profit Organization | $168,606.09 | 5/10/2021 |
| 6420657201 | 4/28/2020 | V & R PAYROLL FACTORS INC | NY | Paid in Full | 24 | 100 | $150,600.00 | 150600 | 2 | 522220 | 138438 Corporation | $70,213.87 | 6/11/2021 |
| 9657387205 | 4/28/2020 | GREAT LAKES BEST ONE TIRE AND SERVICE LLC | OH | Paid in Full | 24 | 100 | $533,339.00 | 533339 | 46 | 522220 | 533339 Limited Liability Company(LLC) | $487,739.33 | 8/13/2021 |
| 8756367200 | 4/28/2020 | ZEIGLER CHEVROLET, INC. | PA | Paid in Full | 24 | 100 | $522,500.00 | 522500 | 35 | 522220 | 522500 Corporation | $527,324.18 | 4/8/2021 |
| 6895227205 | 4/28/2020 | KRAMERICA AUTO, LLC | UT | Paid in Full | 60 | 100 | $283,400.00 | 283400 | 32 | 522220 | 283400 Limited Liability Company(LLC) | $288,112.98 | 12/28/2021 |
| 3464387310 | 4/29/2020 | GUARDWAY CORPORATION | NC | Paid in Full | 24 | 100 | $190,600.00 | 190600 | 9 | 522220 | 190600 Corporation | $192,693.99 | 6/10/2021 |
| 7521577303 | 4/30/2020 | BANKERS AUTO ACCEPTANCE CORP | CA | Paid in Full | 24 | 100 | $444,017.00 | 444017 | 26 | 522220 | 444017 Corporation | $449,284.38 | 7/13/2021 |
| 6322647303 | 4/30/2020 | COPANS MOTORS INC | FL | Paid in Full | 24 | 100 | $1,300,000.00 | 1300000 | 87 | 522220 | 1300000 Corporation | $1,316,719.44 | 8/26/2021 |
| 6763427302 | 4/30/2020 | INNOVATIVE FUNDING SOLUTIONS, INC. | FL | Paid in Full | 24 | 100 | $215,800.00 | 215800 | 25 | 522220 | 215800 Subchapter S Corporation | $217,875.23 | 4/22/2021 |
| 7452747301 | 4/30/2020 | SCHROEDER SALES, INC | NM | Paid in Full | 24 | 100 | $215,777.00 | 215777 | 12 | 522220 | 215777 Corporation | $218,252.44 | 6/28/2021 |
| 6012717305 | 4/30/2020 | NIFTYLIFT INC | SC | Paid in Full | 24 | 100 | $255,700.00 | 255700 | 19 | 522220 | 255700 Subchapter S Corporation | $258,200.96 | 4/29/2021 |
| 6344437703 | 5/1/2020 | M&amp;N FINANCING CORPORATION | CA | Paid in Full | 24 | 100 | $232,622.00 | 232622 | 21 | 522220 | 232622 Corporation | $235,024.70 | 5/21/2021 |
| 7080767708 | 5/1/2020 | GALAXY INTERNATIONAL , LLC | CA | Paid in Full | 24 | 100 | $190,300.00 | 190300 | 7 | 522220 | 190300 Limited Liability Company(LLC) | $123,975.55 | 11/15/2021 |
| 3831257701 | 5/1/2020 | FOREMAN FINANCIAL INC | CA | Paid in Full | 24 | 100 | $181,431.00 | 181431 | 12 | 522220 | 181431 Corporation | $183,702.62 | 8/9/2021 |
| 3619867710 | 5/1/2020 | ACME AUTO LEASING LLC | CT | Paid in Full | 24 | 100 | $294,000.00 | 294000 | 25 | 522220 | 294000 Limited Liability Company(LLC) | $297,495.78 | 7/13/2021 |
| 8464667303 | 5/1/2020 | NORTHERN LEASING SYSTEMS INC | NJ | Paid in Full | 24 | 100 | $1,506,235.00 | 1400800 | 79 | 522220 | 1400800 Subchapter S Corporation | $1,419,029.59 | 8/26/2021 |
| 6838387701 | 5/1/2020 | GREAT ATLANTIC FINANCE CORPORATION | NJ | Paid in Full | 24 | 100 | $315,200.00 | 315200 | 3 | 522220 | 315200 Subchapter S Corporation | $112,936.21 | 8/23/2021 |
| 9523877302 | 5/2/2020 | ARNOLD AUTO CENTER LLC | AZ | Paid in Full | 24 | 100 | $256,284.42 | 256284.42 | 22 | 522220 | 256284.42 Limited Liability Company(LLC) | $259,146.26 | 6/18/2021 |
| 4143497410 | 5/8/2020 | PLAZA AUTO FINANCE INC | TX | Paid in Full | 24 | 100 | $154,120.00 | 154120 | 11 | 522220 | 154120 Corporation | $155,564.08 | 4/20/2021 |
| 1615807805 | 5/21/2020 | CONSULTANTS GROUP COMMERCIAL FUNDING CORPORATION | CA | Paid in Full | 24 | 100 | $725,900.00 | 725900 | 38 | 522220 | 600000 Corporation | $732,634.74 | 4/29/2021 |
| 4916077808 | 5/29/2020 | SOUTH REGION FINANCIAL LLC | FL | Paid in Full | 24 | 100 | $189,200.00 | 189200 | 10 | 522220 | 189200 Limited Liability Company(LLC) | $191,086.82 | 6/4/2021 |
| 7389338103 | 7/23/2020 | EXTREME AUTOMOTIVE GROUP LLC | MN | Exemption 4 | 60 | 100 | $280,000.00 | 280000 | 14 | 522220 | 280000 Limited Liability Company(LLC) | $256,226.86 | 3/3/2021 |
| 9965048108 | 7/29/2020 | MAX IMPACT MARKETING INC | MN | Exemption 4 | 60 | 100 | $350,000.00 | 350000 | 20 | 522220 | 350000 Subchapter S Corporation | $226,601.78 | 6/28/2022 |
| 5669068209 | 8/8/2020 | AVENEW REALTY INCORPORATED | CA | Paid in Full | 60 | 100 | $160,255.00 | 160255 | 11 | 522220 | 160255 Corporation | $99,377.67 | 1/19/2022 |
| 1307278305 | 1/16/2021 | AMERCIAN FINANCIAL PARTNERS LLC. | SD | Paid in Full | 60 | 100 | $158,700.00 | 158700 | 10 | 522220 | 158697 Limited Liability Company(LLC) | $159,391.32 | 6/29/2021 |
| 1712568302 | 1/19/2021 | TRUCK & TRAILER SALES & LEASING CORPORATION | PA | Paid in Full | 60 | 100 | $250,000.00 | 250000 | 21 | 522220 | 249999 Corporation | $252,909.72 | 3/22/2022 |
| 1883208304 | 1/20/2021 | JWBA ENTERPRISES INC. | CA | Paid in Full | 60 | 100 | $330,000.00 | 330000 | 20 | 522220 | 329998 Subchapter S Corporation | $331,329.17 | 6/23/2021 |
| 3958198308 | 1/22/2021 | CCD BUSINESS DEVELOPMENT CORP | OR | Paid in Full | 60 | 100 | $153,069.35 | 153069.35 | 9 | 522220 | 153067.35 Corporation | $153,950.02 | 9/1/2021 |
| 2859588405 | 2/4/2021 | CREDIT LINE INC | TX | Paid in Full | 60 | 100 | $175,045.00 | 175045 | 23 | 522220 | 175045 Corporation | $175,716.41 | 7/7/2021 |
| 3686278401 | 2/5/2021 | PARTNERS CAPITAL GROUP INC | CA | Paid in Full | 60 | 100 | $1,719,900.00 | 1719894 | 88 | 522220 | 1719894 Subchapter S Corporation | $1,734,177.53 | 12/9/2021 |
| 5316138407 | 2/8/2021 | 1ST CHOICE FINANCIAL SERVICES LLC | MI | Paid in Full | 60 | 100 | $193,432.50 | 193432.5 | 18 | 522220 | 193430.5 Limited Liability Company(LLC) | $194,338.72 | 8/2/2021 |
| 5580738409 | 2/9/2021 | PRIORITY CAPITAL PARTNERS | MA | Paid in Full | 60 | 100 | $713,007.50 | 713007.5 | 22 | 522220 | 713004.5 Subchapter S Corporation | $720,929.81 | 3/24/2022 |
| 8028058406 | 2/12/2021 | MAX IMPACT MARKETING INC | MN | Paid in Full | 60 | 100 | $150,000.00 | 150000 | 20 | 522220 | 150000 Subchapter S Corporation | $151,754.79 | 4/25/2022 |
| 9522438402 | 2/17/2021 | GLOBAL FINANCIAL & LEASING SERVICES LLC | AZ | Paid in Full | 59 | 100 | $247,427.00 | 247427 | 15 | 522220 | 247427 Limited Liability Company(LLC) | $249,743.19 | 1/26/2022 |
| 9503478408 | 2/17/2021 | SERTANT CAPITAL LLC | CA | Paid in Full | 60 | 100 | $244,600.00 | 244600 | 13 | 522220 | 244597 Limited Liability Company(LLC) | $246,704.23 | 1/6/2022 |
| 1627508508 | 2/19/2021 | KEY BUSINESS SOLUTIONS LLC | PA | Paid in Full | 60 | 100 | $263,075.00 | 263075 | 20 | 522220 | 263073 Limited Liability Company(LLC) | $265,907.56 | 3/24/2022 |
| 2287618503 | 2/20/2021 | FEDERAL ASSOCIATION OF FINANCIAL SERVICES CORP | FL | Exemption 4 | 60 | 100 | $176,800.00 | 176800 | 18 | 522220 | 176799 Corporation | $177,567.50 | 1/3/2022 |
| 3212638509 | 2/23/2021 | FLEETMASTERS SALES & SERVICE LLC | CT | Paid in Full | 60 | 100 | $201,980.00 | 201980 | 12 | 522220 | 201978 Corporation | $203,097.81 | 9/22/2021 |
| 6425028500 | 3/3/2021 | SABER FINANCIAL SERVICES LP | TX | Exemption 4 | 60 | 100 | $1,740,123.50 | 1740123.5 | 107 | 522220 | 1740123.5 Limited Liability Partnership | $1,762,165.06 | 6/6/2022 |
| 6665188501 | 3/4/2021 | DEALER MARKETING SERVICES INC. | NY | Paid in Full | 60 | 100 | $170,000.00 | 200195 | 6 | 522220 | 200191 Corporation | $202,443.77 | 5/16/2022 |
| 9259568506 | 3/12/2021 | ALTITUDE MARKETING LLC | NY | Paid in Full | 60 | 100 | $422,715.00 | 422715 | 214 | 522220 | 422711 Subchapter S Corporation | $426,675.78 | 3/2/2022 |
| 9410718507 | 3/12/2021 | DEDICATED FUNDING LLC | UT | Paid in Full | 60 | 100 | $239,800.00 | 239800 | 12 | 522220 | 239800 Limited Liability Company(LLC) | $240,818.33 | 8/19/2021 |
| 1606968605 | 3/13/2021 | INDEPENDENT DEALER'S ADVANTAGE LLC | GA | Paid in Full | 60 | 100 | $272,900.00 | 272900 | 29 | 522220 | 272897 Limited Liability Company(LLC) | $275,157.97 | 1/13/2022 |
| 2507638708 | 3/29/2021 | ACCLAIM MARKETING AND SALES | CA | Paid in Full | 60 | 100 | $257,885.00 | 257885 | 14 | 522220 | 257882 Subchapter S Corporation | $258,711.65 | 7/28/2021 |
| 3510428710 | 3/31/2021 | HOME ACCEPTANCE CORPORATION | CA | Paid in Full | 60 | 100 | $303,190.45 | 303190.45 | 34 | 522220 | 303184.45 Corporation | $304,436.90 | 9/7/2021 |
| 4364928702 | 4/1/2021 | SEH FINANCIAL INC | TX | Paid in Full | 60 | 100 | $789,654.00 | 789654 | 44 | 522220 | 789651 Subchapter S Corporation | $798,394.28 | 5/12/2022 |
| 5020868709 | 4/2/2021 | FEDDON AUTOMOTIVE GROUP LLC | FL | Paid in Full | 60 | 100 | $262,340.00 | 262339.35 | 21 | 522220 | 262338 Limited Liability Company(LLC) | $265,013.06 | 4/13/2022 |
| 7632718710 | 4/6/2021 | M&N FINANCING CORPORATION | CA | Paid in Full | 60 | 100 | $232,622.00 | 232622 | 16 | 522220 | 232618 Corporation | $233,520.62 | 8/26/2021 |
| 7070748803 | 4/21/2021 | LAWTON MECHANICAL LP | TX | Paid in Full | 60 | 100 | $200,033.55 | 200033.55 | 15 | 522220 | 200033.55 Partnership | $201,611.59 | 2/1/2022 |
| 1210868908 | 4/24/2021 | JWBA ENTERPRISES INC. | CA | Paid in Full | 60 | 100 | $150,000.00 | 150000 | 20 | 522220 | 150000 Subchapter S Corporation | $150,379.17 | 8/11/2021 |