## Zachary Youngsma

| | |
|---|---|
| **From:** | Gilligan, Jim (CIV) < ▮▮▮▮▮▮▮▮▮▮ > |
| **Sent:** | Tuesday, June 1, 2021 6:46 PM |
| **To:** | Brad Shafer; Matt Hoffer; Zachary Youngsma |
| **Subject:** | Diamond Club:  Loan Forgiveness |

Brad, Matt, Zach,

As you may have heard from counsel for the Camelot I plaintiffs, SBA has decided that it will process the loan-forgiveness requests of plaintiffs in *Diamond Club* and other similar cases that obtained first-draw PPP loans under preliminary injunctions issued by the courts without regard to their ineligibility under 13 C.F.R. § 120.110(p).   Their requests will otherwise be processed under the same terms, conditions, and processes as other loan-forgiveness applicants, which may result in approval or denial, in whole or in part, of their requests.

To facilitate implementation of this decision, my client has asked if you could provide a list including the names, EINs, and first-draw PPP loan number of each *Diamond Club* plaintiff.

Thanks.

JG


James J. Gilligan
Special Litigation Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
▮▮▮▮▮▮▮▮▮▮



Tel: ▮▮▮▮▮▮

*The information in this transmittal (including attachments, if any) is intended only for the recipient(s) listed above and may contain information that is privileged and confidential. Any review, use, disclosure, distribution, or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately and destroy all copies of the transmittal. Your cooperation is appreciated.*

**EXHIBIT A**
**Page 1** 372